

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00290-CV

**IN THE INTEREST OF D.M.O,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00385
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

On July 18, 2017, Appellees Domonique W. and Dwaine W. filed a pro se appellees' brief. Also on July 18, 2017, retained counsel George Carroll filed a motion for extension of time, claiming that he intends to file a brief on behalf of appellees. Appellees, however, are not entitled to file a pro se brief and a brief by an attorney on their behalf. Therefore, we ORDER appellees to file a written advisory to this Court within ten days from the date of this order indicating whether they intend to rely on their pro se brief or whether they intend to have their attorney file one on their behalf. If appellees do not timely file such an advisory, this appeal will be set for submission with appellees' pro se brief, and no brief filed by appellees' attorney will be considered.

Retained counsel's motion for extension of time is held in abeyance pending appellees' response.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk